**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

UNITED STATES OF AMERICA,

26 **CR** 491 (RMB)

-against-

**ORDER**

FRANCIS ROSSI,

Defendant(s).

---------------------------------------------------------------X

It is hereby **ORDERED** that the Clerk of the Court shall unseal the docket in this case.

Dated: New York, New York
November 18, 2026

**Hon. Richard M. Berman, U.S.D.J.**